■ The People of the State of New York v. 500 Eighth Avenue Associates et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated December 28, 1960, is vacated. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) Vincent Saccente & Sons, Inc., v. Metro Hoist & Body Company, Inc. (B) Joan P. Tomforde v. National Builders Hardware Association et al.— [In each action] Application denied, with $10 costs. The stay contained in the order to show cause, dated December 27, 1960, is vacated. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) The People of the State of New York ex rel. Bernard Graves v. Henry J. Noble, as Warden of the New York City Penitentiary, Rikers Island. (B) The People of the State of New York v. Walter Jones. (C) The People of the State of New York v. Robert Weaver.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. (D) The People of the State of New York v. Vito W. Rizzi (Alias William Rizzi). [Same decision.] Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ. (E) The People of the State of New York v. Oliver Robinson. (F) The People of the State of New York v. Adrian C. Geoffrion. (G) The People of the State of New York v. Robert Louis Evans. (H) The People of the State of New York v. Peter Spinello. [Same decision.] Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ The People of the State of New York v. Samuel Witt, Jr.— Motion for leave to reargue granted and upon reargument motion to dismiss appeal for lack of prosecution is denied and the order of this court entered September 29, 1960 is vacated and the motion for leave to prosecute the appeal as a poor person is granted to the extent and on the terms and conditions contained in the order of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Commissioner of Welfare of the City of New York, v. Michael Janicki.— Motion for leave to appeal as a poor person denied, with leave to renew upon proper papers and upon appropriate service of copies thereof on the attorney for the complainant-respondent. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ James Talcott, Inc., v. Winco Sales Corporation.— Motion to dispense with printing granted only insofar as to dispense with the printing of the record on appeal and the appellant's points and permitting the appeal to be heard upon three printed copies of the case on appeal used in the Appellate Term plus six typewritten copies of the additional papers required on appeal to this court and upon typewritten appellant's points upon condition that one typewritten copy of the additional papers required on appeal to this court and one typewritten copy of the appellant's points are served upon the attorney for the respondent and six typewritten copies of the additional papers and of the appellant's points are filed with this court together with three copies of the printed record on appeal used in the Appellate Term. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.